Entered: May 22nd, 2024
Signed: May 22nd, 2024
**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
*Baltimore Division*

| | |
|---|---|
| IN RE:<br>Rosemarie Antoinette Frazier<br>      Debtor | Case No. 23-14744-MMH |
| U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7<br>      Movant | Chapter 13 |
| vs. | |
| Rosemarie Antoinette Frazier<br>      Debtor | <u>MFR ECF No. 33</u> |

## CONSENT ORDER MODIFYING AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 1536 HARFORD SQUARE DRIVE, EDGEWOOD, MARYLAND 21040

U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series AMQ 2006-HE7 Asset Backed Pass-Through Certificates, Series AMQ 2006-HE7 (hereinafter "Movant") and Rosemarie Antoinette

Frazier (hereinafter "Debtor") each by and through counsel, reached an agreement in this matter, as follows.  No other parties-in-interest has filed a response to the motion for relief from stay, and consequently does not object to the relief requested.

WHEREAS the parties stipulate that the total post-petition amount due under this Order is as follows:

| | |
|---|---:|
| Monthly payments for November 1, 2023 – April 1, 2024 @ $716.90 each | $4,301.40 |
| Less Suspense Balance | ($1.44) |
| Total: | $4,299.96 |

The parties stipulate that Movant is a secured creditor of the Debtor and Movant's claim is based upon a certain promissory note ("Note") dated August 14, 2006, and repayment under the Note is secured by a Deed of Trust recorded among the land records of Harford County, Maryland.

Upon review of the Motion for Relief from Automatic Stay filed herein by Movant, it is hereby,

ORDERED that the automatic stay is MODIFIED, pursuant to 11 U.S.C. § 362(d) to permit Movant to initiate action with regard to the property located at **1536 Harford Square Drive, Edgewood, Maryland 21040** (the "Property"), including but not limited to the commencement or continuation of foreclosure proceedings as permitted by state law and pursuant to the terms of the Deed of Trust, to obtain or transfer title to the Property, and to allow the successful purchaser to take action permitted by state law to obtain possession of same; and it is further,

ORDERED that the above order is STAYED, provided the Debtor:

1.  Makes the regular monthly payment of $716.90 each on or before May 1, 2024, and on the 1st day of each month thereafter, as they become due, pursuant to the terms of the Note or any past or future loan modification agreement secured by the Deed of Trust on the Property; and,

2.  Makes a payment to Movant in the amount of $716.66 (said figure represents 1/6th of Debtor's post-petition arrearage of $4,299.96) on or before May 15, 2024, and continues making payments of $716.66, on or before the 15th day of each month and every month thereafter, including a final payment of 716.66 due on or before October 15, 2024; and, it is further,

ORDERED that all payments required under this Order shall be made payable to:

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

IT IS FURTHER ORDERED that if any payment or portion of any payment required to be made hereunder is not received by Movant by the date that it is due, the Debtor shall be deemed to be in default under this Order.  In such event, Movant's attorney shall file a Notice of Default with this Court stating the amount due and shall mail a copy of said notice to the Debtor and to Debtor's attorney.  If the Debtor does not (i) cure the default by paying the amount stated in the notice, or (ii) file an objection stating such specific reasons and request a hearing thereon, within fifteen (15) days of the date of the notice, the automatic stay of 11 U.S.C. § 362(a) shall terminate without any further proceeding in this Court and Movant shall be free to initiate action against the Property, including, but not limited to, commencement of foreclosure action.  In such event, the Movant may, for completeness of record, file a Notice of Termination of Automatic Stay.  In the event the Debtor files an opposition to the Notice of Default on or before fifteen

(15) days of the Notice of Default, the stay shall remain in effect until the dispute is adjudicated; and it is further,

ORDERED that any cure of the Notice of Default must include all amounts set forth therein, as well as any payments which may have subsequently become due under the terms of this Order and that are due at the time Debtor tenders funds to cure the default; and it is further,

ORDERED that the acceptance of partial payment by the Movant during the cure period shall not constitute satisfaction or waiver of the Notice of Default and the automatic stay shall terminate upon the expiration of the fifteen (15) day cure period in the absence of complete cure of the default, notwithstanding partial payment; and it is further,

ORDERED that in the event Debtor defaults pursuant to the terms contained herein, the Movant shall be entitled to reasonable attorney fees for issuance of each Notice of Default and for the issuance of a Notice of Termination of Automatic Stay; and it is further,

ORDERED that upon the filing of the third such notice of default, the automatic stay shall immediately terminate and Movant shall be free to initiate action against the Property, including but not limited to commencement of foreclosure proceedings; and it is further,

ORDERED that in the event Debtor converts this case to a case under any other chapter of the U.S. Bankruptcy Code, the automatic stay provided for under § 362(a) shall be terminated as to the Debtor's interests and the bankruptcy estate's interest, effective the date of conversion without any further proceeding in this Court; and it is further,

ORDERED that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest; and it is further,

ORDERED that if the holder of any other Deed of Trust on the Property obtains relief from the automatic stay, then the Movant herein shall automatically be granted relief from the automatic stay; and it is further,

ORDERED, that in the event of termination of automatic stay for any reason, the Chapter 13 Trustee is no longer obligated to distribute plan payments to Movant and Trustee may cease such payments immediately without any additional court order; and it is further,

ORDERED that the fourteen (14) day stay of relief pursuant to Fed. Rule Bankr. P. 4001(a)(3) is hereby waived.

**SEEN AND AGREED:**

/s/ Chetan Gopal
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com
*Counsel for Movant*

/s/ Richard L. Gilman
Richard L. Gilman, Esq.
Gilman & Edwards, LLC
8401 Corporate Drive, Suite 450
Carrollton Corporate Center
Suite 450
Landover, MD 20785
301-731-3303
rgilman@gilmanedwards.com
*Counsel for Debtor*

**CERTIFICATION OF DEBTOR'S ATTORNEY**

I HEREBY CERTIFY that I approve of the foregoing Consent Order Modifying Automatic Stay and that its terms have been provided to the Debtor, who consents to the terms provided therein.

/s/ Richard L. Gilman
Richard L. Gilman, Esq.
*Counsel for Debtor*

## CERTIFICATION OF CONSENT

  I HEREBY CERTIFY that the terms of the Consent Order Modifying Automatic Stay submitted to the Court are identical to those set forth in the original; and the signatures represented by the  /s/  on this copy references the signatures of the consenting parties on the original consent order.

                  /s/ Chetan Gopal
                Chetan Gopal, Esq.
                *Counsel for Movant*

cc:

Chetan Gopal, Esquire
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
*Counsel for Movant*

Richard L. Gilman, Esq.
Gilman & Edwards, LLC
8401 Corporate Drive, Suite 450
Carrollton Corporate Center
Suite 450
Landover, MD 20785
*Counsel for Debtor*

Rosemarie Antoinette Frazier
1235 Colonial Park Drive
Severn, MD 21144
*Debtor*

Brian A. Tucci
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

**END OF ORDER**